[No. 44513-1-II.   Division Two.   September 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ROBERT TIMMINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01820-1, John F. Nichols, J., entered February 12, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 44596-4-II.   Division Two.   September 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GREG LEE HALE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00985-4, Leila Mills, J., entered March 1, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 44985-4-II.   Division Two.   September 30, 2014.]

EBONY KEYS, LLC, *Plaintiff*, v. OUTLOUD ENTERTAINMENT GROUP, INC., ET AL., *Defendants*.

GROUP 44, INC., *Appellant*, v. EBONY KEYS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-05351-6, Susan Serko, J., entered May 10, 2013. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.